**The below described is SIGNED.**

(ts)

**Dated: June 05, 2012**             _____
                                     **WILLIAM T. THURMAN**
                                     **U.S. Bankruptcy Chief Judge**

_____

Kent W. Plott (USB No. 5336)
Mark S. Middlemas (USB No. 9252)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, N.A.
L&A Case No. 10-90999

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| In re: | Bankruptcy No. 12-20380 WTT |
|---|---|
| Randall Eaves and Kimberly Eaves, | (a Chapter 7 case) |
| Debtors. | Filed Electronically |
| | *Hearing March 12, 2012 @ 11:00 a.m.* |

ORDER TERMINATING THE AUTOMATIC STAY

JPMorgan Chase Bank, N.A. successor by merger to Chase Home Finance LLC ("Creditor") filed a Motion for Termination of the Automatic Stay. There being no objection to the motion, and good cause appearing therefore, it is hereby ORDERED, adjudged and decreed that the

automatic stay in this case is terminated as to the real property of the debtors located at 195 East 400 South, Payson, in Utah County, Utah, more particularly described as:

> Lot 1, Plat "A", PETEETNEET CREEK SUBDIVISION, according to the official plat thereof on file and of record in the office of the Utah County Recorder.
>
> Together with all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property.

It is further ORDERED that Creditor, and/or its successors and assigns, is permitted to proceed, pursuant to applicable non-bankruptcy law, to exercise all of its legal remedies and rights, including any right of assessment of reasonable fees and costs as provided by contract or statute, against the above-described property; and,

It is further ORDERED, that the notice requirements of Bankruptcy Rule 3002.1 are no longer applicable to Creditor, and its successors or assigns, or the Chapter 13 trustee. This order shall not otherwise alter any right of notice to the debtor or borrower under the terms of the applicable lending agreements; and,

It is further ORDERED that Creditor and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement. Creditor may contact the Debtors via telephone or written correspondence to offer such an agreement. This order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States code.

──────────────────────────── End of Document ────────────────────────────

CERTIFICATE OF NOTIFICATION OF CLERK OF THE COURT

I certify that on _____ I sent a copy of the foregoing Order electronically or by first class mail to each of the following:

>Mark Middlemas
>Lundberg & Associates
>ECF
>>Attorneys for Creditor

>John Christiansen
>McKell Christiansen Law
>ECF
>>Attorney for Debtors

>Kenneth A. Rushton
>ECF
>>Chapter 7 Trustee

>Randall Eaves
>Kimberly Eaves
>195 East 400 South
>Payson, UT 84651
>>Debtors

_____
United States Bankruptcy Clerk